UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOSHUA RUELL YOE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LAS VEGAS METRO POLICE DEPARTMENT VICE UNIT,<br><br>　　　　Defendant. | Case No. 2:24-cv-02425-GMN-EJY<br><br>**ORDER** |

Before the Court is Plaintiff's Motion for Consent for Electronic Service of Documents. ECF No. 9. Plaintiff says he is facing hardship including homelessness and does not have an address to submit to Court. Thus, Plaintiff asks the Court that he be granted electronic service of documents, which will allow him to continue communicating with the Court in this proceeding. *Id.* Under Local Rule IC 2-1(b), a "pro se litigant may request the court's authorization to register as a filer in a specific case."

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Consent for Electronic Service of Documents (ECF No. 9) is GRANTED.

IT IS FURTHER ORDER that the Clerk of Court must send the form Consent for Electronic Service of Documents and instructions for the same to Plaintiff at his email address: supremeyoe@gmail.com

IT IS FURTHER ORDERED that Plaintiff must submit the Consent for Electronic Service of Documents to the Clerk of Court on or before **April 25, 2025**.

IT IS FURTHER ORDERED that Plaintiff is not authorized to file electronically until the Consent form is submitted. Upon timely submitting the Consent form, Plaintiff must contact the CM/ECF Help Desk at (702) 464-5555 to configure his CM/ECF account.

Dated this 26th day of March, 2025.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1